**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6662**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GERALD DAMONE HOPPER,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Thomas A. Wiseman, Jr., District Judge. (CR-95-119, CA-96-217-3-V)

---

Submitted: November 9, 1999          Decided: December 13, 1999

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Gerald Damone Hopper, Appellant Pro Se. Robert James Conrad, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Damone Hopper seeks to appeal the district court's order denying his Fed. R. Civ. P. 59(e) motion to reconsider the court's order denying his motion to vacate his sentence filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and find no abuse of discretion. See EEOC v. Lockheed Martin Corp., 116 F.3d 110, 112 (4th Cir. 1997); see generally United States v. Williams, 674 F.2d 310, 313 (4th Cir. 1982) (noting that reconsideration is not warranted when movant is simply asking the court to "change its mind"). Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Hopper's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED